GOVERNOR'S POINT ENTITIES                                    May 11, 2017
PO BOX 1330                                                  Invoice # 20833
BURLINGTON, WA 98233

In Reference To: CH. 11
                 OUR CLIENT/MATTER NO. 2074-20141

**TOTAL PROFESSIONAL FEES AND EXPENSES PER DETAIL BELOW**      $144630.04

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | DISCLOSURE STATEMENT AND PLAN PROCESS | | |
| 8/24/2016 | JLD | Begin working on amendments to Chapter 11 plan. | 0.80 | 396.00 |
| 8/25/2016 | JLD | Working on First Amended Plan and Disclosure Statement. | 1.09 | 539.55 |
| 8/26/2016 | JLD | Working on First Amended Plan and Disclosure Statement. | 1.40 | 693.00 |
| 8/29/2016 | JLD | Working on first amended plan and disclosure statement. | 1.80 | 891.00 |
| 8/31/2016 | JLD | Working on first amended plan and disclosure statement. | 3.20 | 1,584.00 |
| 9/2/2016 | JLD | Working on first amended plan and disclosure statement. | 2.40 | 1,188.00 |
| 9/14/2016 | KLS | Numerous telephone calls, emails and reviewing and editing documents re Copperleaf transaction. | 5.20 | 2,028.00 |
| 9/15/2016 | KLS | Review and respond to numerous emails from B. Malaier, M. Drayton and S. Quinn; Telephone calls with B. Malaier and working on closing. | 3.10 | 1,209.00 |

| | | Hours | Amount |
|---|---|---|---|
| 9/16/2016 KLS | Emails re closing and telephone calls re same and meeting with R. and G. Sahlin for review and execution of documents. | 2.90 | 1,131.00 |
| 9/20/2016 KLS | Review and respond to numerous emails and attachments from M. Drayton, B. Mailaier, S. Quinn and J. Day and conference with J. L. Day re same; Email to D. Johnson; Emails to and from and conference with P. Sutton re information requested by R. Sahlin. | 1.60 | 624.00 |
| 9/22/2016 KLS | Conference calls with lender attorneys, B. Malaier and R. Sahlin; Emails from J. L. Day and M. Drayton. | 0.80 | 312.00 |
| 9/28/2016 JLD | Emails with Wayne regarding disclosure statement issue | 0.20 | 99.00 |
| 10/4/2016 JLD | Working on First Amended Plan and Disclosure Statement | 1.60 | 792.00 |
| 10/24/2016 JLD | Read various emails and draft stipulation regarding treatment of BofA under amended plan (.4); Correspondence to counsel for BofA regarding same (.1) | 0.50 | 247.50 |
| 1/11/2017 JLD | Working on first amended plan and disclosure statement. | 1.20 | 594.00 |
| 1/12/2017 JLD | Working on first amended plan and disclosure statement. | 4.80 | 2,376.00 |
| 1/13/2017 JLD | Working on amended plan and disclosure statement | 3.40 | 1,683.00 |
| 1/17/2017 JLD | Working on amended plan and disclosure statement (2.2); Correspondence to B. Malaier regarding same (.1); Email to Roger regarding current estimated payoff of all claims (.1) | 2.40 | 1,188.00 |
| 1/30/2017 JLD | Working on amended plan and disclosure statement (2.8); Emails with B. Malaier regarding suggested changes (.2); Emails with Roger and with B. Malaier regarding information for disclosure statement (.3); | 3.30 | 1,633.50 |

|  |  | Hours | Amount |
|---|---|---|---|
| 1/31/2017 JLD | Working on amended plan and disclosure statement (4.2); Various emails with Roger, B. Malaier and K. L. Samiljan regarding same (.4) | 4.60 | 2,277.00 |
| 2/1/2017 JLD | Working on amended plan and disclosure statement (.8); Correspondence to Roger to review and discuss (.1); Working on motion and order to shorten time for hearing on approval of disclosure statement (.6) | 1.50 | 742.50 |
| 2/2/2017 JLD | Two calls with Roger regarding draft plan and disclosure statement (1.3); Review email from W. Schwandt and spreadsheet of accrued real property (.1). | 1.40 | 693.00 |
| 2/3/2017 JLD | Working on notice of hearing on approval of disclosure statement (.4); Call with G. Danklefsen regarding payoff of Copper Leaf loan (.2); Review pre-closing loan settlement statement (.1); Three calls with Roger (.7) | 1.40 | 693.00 |
| KLS | Reviewing emails re loan and plan of reorganization. | 0.40 | 156.00 |
| 2/7/2017 JLD | Receive and review order shortening time; Finalize notice for mailing. | 0.20 | 99.00 |
| 2/9/2017 JLD | Emails to creditors regarding draft plan and disclosure statement | 0.20 | 99.00 |
| 2/10/2017 KLS | Review emails to and from B. Malaier re financing and respond to same (.8); Telephone calls with B. Malaier and C. Sahlin (.3); Review email and attachments from W. Schwandt (.2). | 1.30 | 507.00 |
| 2/16/2017 JLD | Emails with S. Quinn regarding proposed disclosure statement. | 0.10 | 49.50 |
| 2/17/2017 JLD | Review comments and applicable provisions of draft plan and disclosure received from S. Quinn (.2); Research issues and make edits (.4); Emails to S. Quinn and to B. Malaier regarding same (.2) | 0.80 | 396.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/18/2017 JLD | Further edits to plan and disclosure statement; Calculation of TENMTR claim; Various emails to S. Quinn and client regarding same. | | 1.80 | 891.00 |
| 2/27/2017 JLD | Working on order approving disclosure statement (.9); Call with Judge Dore's law clerk regarding amendments to plan and disclosure statement (.1); Prepare declaration to submit redline versions (.4) | | 1.40 | 693.00 |
| 3/1/2017 JLD | Prepare notice of confirmation hearing and ballot. | | 0.60 | 297.00 |
| 4/5/2017 JLD | Working on ballot summary and preconfirmation report (1.8); Call with C. Dale regarding same (.1); Prepare draft confirmation order (1.2); Email to B. Malaier regarding same (.1) | | 3.20 | 1,584.00 |
| | SUBTOTAL: | [ | 60.59 | 28,385.55] |

FEES

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/19/2016 CAH | Draft fee application pleadings. | | 1.00 | 100.00 |
| JLD | Working on interim fee application (1.2); Correspondence to B. Malaier regarding same (.1). | | 1.30 | 643.50 |
| 7/29/2016 JLD | Working on interim fee application | | 1.60 | 792.00 |
| 8/18/2016 JLD | Prepare proposed order granting interim fee application. | | 0.40 | 198.00 |
| 8/24/2016 KLS | Pull and review auctioneer agreement and related documents and working on application for reimbursement. | | 1.90 | 741.00 |
| 8/26/2016 KLS | Reviewing invoices and receipts (.3); Finalize and edit application, and draft and edit order (8); Telephone call with and email to D. Johnson (.2). | | 1.30 | 507.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/29/2016 | KLS | Emails re auctioneer reimbursement application and finalize same for filing and edit notice re same. | 0.60 | 234.00 |
| 8/30/2016 | KLS | Emails re pleadings for reimbursement of costs. | 0.20 | 78.00 |
| 4/19/2017 | JLD | Emails with B. Malaier to coordinate submission of interim fee applications. | 0.20 | 99.00 |

SUBTOTAL:     [    8.50    3,392.50]

FINANCING AND CASH COLLATERAL

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/8/2016 | JLD | Working on amended financing proposal (1.4); Emails with B. Malaier and G. Danklefsen regarding same (.3); Call with G. Danklefsen regarding proposal (.3); Correspondence to R. May (.2) | 2.20 | 1,089.00 |
| 7/13/2016 | JLD | Working on redline of financing term sheet (.7); Correspondence to client regarding same (.1); Conference call with client and B. Malaier regarding same (.4); Further edits to term sheet (.3); Email to client regarding same (.1); Follow up call with client (.2); Various emails and calls with G. Danklefsen (.6) | 2.40 | 1,188.00 |
| 7/15/2016 | JLD | Numerous emails with lender and counsel, B. Malaier, G. Danklefsen and K. L. Samiljan regarding remaining issues related to financing (1.6); Calls with client and G. Danklefsen (.6); Review draft commitment letter (.2) | 2.40 | 1,188.00 |
| 7/18/2016 | JLD | Call with M. Bohannon regarding financing commitment (.3); Call with client regarding same (.4); Email to B. Malaier regarding same (.1); Emails with K. Larson regarding form of commitment letter (.1); Emails with G. Danklefsen regarding lender's acquisition of bank's notes and detail on payoff (.2); Correspondence to M. Bohannon regarding commitment letter from lender (.2); Begin working on motion to approve financing transaction (2.4) | 3.70 | 1,831.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/19/2016 | JLD | Emails with G. Danklefsen regarding status of financing transaction (.3); Working on motion and supporting declaration (3.2); Call and emails with client regarding declaration (.4) | 3.90 | 1,930.50 |
| 7/20/2016 | JLD | Prepare motion and order regarding shortening time for hearing on financing motion (1.2); Working on underlying motion and supporting declaration (1.4); Call with B. Malaier (.2) | 2.80 | 1,386.00 |
| 7/22/2016 | JLD | Various calls and emails with K. Larson regarding financing transaction (.8); Emails with G. Danklefsen and B. Malaier regarding marketing issues (.4). | 1.20 | 594.00 |
| 7/27/2016 | JLD | Conference call with W. Schwandt and B. Tull regarding financing motion (.6); Emails with creditors and counsel regarding extension of response date (.1) | 0.70 | 346.50 |
| 8/1/2016 | JLD | Working on draft loan documents for financing transaction (2.4); Correspondence to B. Malaier regarding same (.1); Read long email from S. Quinn regarding proposed financing (.2); Emails with S. Quinn, B. Malaier and client regarding same (.2). | 2.90 | 1,435.50 |
| 8/2/2016 | JLD | Call with Roger regarding status of sale transactions and possible objection to financing motion (.4); Correspondence to B. Malaier regarding same (.1); Prepare for call with creditor and counsel (.3); Extended telephone conference with TENMTR and counsel regarding financing transaction (1.2); Call to Judge Dore's chambers regarding possible continued hearing dates (.1); Follow up call with B. Malaier (.2); Extended telephone conference with M. Northrup (.7); Emails with counsel to schedule call (.1); Call with M. Bohannon, S. Quinn and M. Northrup regarding continuance of bank's motion (.2); Prepare draft email requesting continuance and circulate (.1); Email to M. Bohannon (.1); Call with Roger regarding status and developments (.4); Two emails to K. Larson (.2). | 4.10 | 2,029.50 |

|  |  | Hours | Amount |
|---|---|---|---|
| 8/3/2016 JLD | Call and emails with M. Bohannon regarding continuation of hearing on financing transaction and bank's relief from stay motion. | 0.30 | 148.50 |
| 8/4/2016 JLD | Working on further documentation of proposed financing transaction (1.9); Call with K. Larson regarding same (.2); Email to B. Malaier regarding revised Change in Terms Agreement (.1). | 2.20 | 1,089.00 |
| 8/5/2016 JLD | Email and call with M. Bohannon regarding status of transaction and discussions with lender (.4); Working on revisions to Change in Terms Agreement (.6); Correspondence to K. Larson regarding same (.1); Working on subordination agreement (3.2); Emails with B. Malaier regarding form of TENMTR deed of trust (.1). | 4.40 | 2,178.00 |
| 8/8/2016 JLD | Emails with M. Northrup regarding financing transaction; Numerous calls with S. Quinn, W. Schwandt, B. Malaier and M. Northrup regarding same; Working on edits to Change in Terms Agreement. | 3.40 | 1,683.00 |
| 8/9/2016 JLD | Working on Change in Terms Agreement and Subordination Agreement (2.8); Emails with M. Bohannon regarding status (.1). | 2.90 | 1,435.50 |
| 8/10/2016 JLD | Working on draft subordination agreement (2.2); Emails with M. Northrup and B. Malaier regarding adequate protection issues (.4); Further edits to Change in Terms Agreement (.6); Email to counsel regarding draft agreements (.1) | 3.30 | 1,633.50 |
| 8/12/2016 JLD | Extended conference call with creditors regarding form of transaction documents; Numerous calls with client, B. Malaier, G, Danklefsen and S. Quinn regarding same and regarding other transaction issues; Correspondence to K. Larson regarding form of transaction documents. | 3.40 | 1,683.00 |
| 8/15/2016 JLD | Email to client regarding current form of transaction documents (.1); Email to counsel regarding confirmation of hearing (.1); Call with client regarding same and | 3.30 | 1,633.50 |

|  | | Hours | Amount |
|---|---|---|---|

regarding status of discussions on possible objection (.3); Analysis of various options to create proposal for settlement of potential objection (1.2); Numerous calls and emails with S. Quinn regarding same (.8); Call with B. Malaier (.2); Call with M. Northrup regarding proposal (.2); Call with S. Henrie regarding documenting transaction (.2); Email from M. Northrup regarding proposal (.1); Correspondence to S. Quinn regarding same (.1).

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/16/2016 | JLD | Various emails with M. Northrup regarding settlement (.3); Call with M. Bohannon regarding status (.3); Prepare bullet points of final settlement terms and circulate (.3); Emails with S. Quinn to confirm deal points regarding TENMTR (.2); Emails with S. Henrie regarding review of draft loan modification agreement (.1); Working on draft order approving financing transaction (1.2); Initial read and edits of Note Modification Agreement (.9). | 3.30 | 1,633.50 |
| 8/17/2016 | JLD | Working on edits to Note Modification Agreement (.8); Correspondence and call with B. Malaier regarding same (.3); Email to client regarding same (.1); Call with S. Henrie regarding same and regarding provision for payment to Graham & Dunn (.3); Call from W. Schwandt and B. Tull regarding status and financing terms (.3); Correspondence to S. Henrie regarding edits to Loan Modification Agreement (.1); Working on form of order approving financing (1.9). | 3.80 | 1,881.00 |
| 8/18/2016 | JLD | Emails with S. Quinn and B. Malaier regarding current amount of TENMTR claim (.3); Continue working on draft of proposed order approving financing transaction (2.2); Emails with M. Bohannon regarding same (.2); Correspondence to counsel regarding draft order (.1); Read numerous emails and review various proposed changes to order (.8); Emails with S. Quinn regarding terms of draft Note Modification Agreement (.4); Call with M. Bohannon regarding execution of agreement for acquisition of notes (.2); Call with S. Quinn, W. | 6.30 | 3,118.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Schwandt and B. Tull regarding proposed order and marketing matters (.4); Prepare additional revisions to draft order and circulate (.2); Emails with M. Bohannon to confirm continuance of hearing on bank's motion (.1); Begin preparing for hearing (1.4). |  |  |
| 8/19/2016 | JLD | Correspondence to counsel regarding proposed final form of order (.1); Add provisions relating to dismissal of pending lawsuit, correspondence to S. Henrie regarding same (.6);  Prepare for and attend hearing on motion to approve financing transaction (1.8); Re-circulate proposed order for approval (.1); Call with S. Henrie regarding final addition to order (.2). | 2.80 | 1,386.00 |
| 8/23/2016 | JLD | Emails with B. Malaier regarding status (.2); Correspondence to S. Henrie regarding final closing items (.1). | 0.30 | 148.50 |
| 8/24/2016 | JLD | Calls with S. Henrie and S. Quinn regarding closing matters (.6); Call to M. Bohannon (.1); Email to client regarding status (.1). | 0.80 | 396.00 |
| 8/25/2016 | JLD | Call with M. Bohannon regarding closing (.2); Email to counsel regarding same (.1). | 0.30 | 148.50 |
| 8/26/2016 | JLD | Various emails with S. Henrie, B. Malaier and client regarding status of closing. | 0.40 | 198.00 |
| 9/7/2016 | JLD | Emails with S. Henrie and B. Malaier regarding status of closing; Call to S. Henrie. | 0.20 | 99.00 |
| 9/9/2016 | JLD | Emails with B. Malaier; Call to S. Henrie regarding closing | 0.20 | 99.00 |
| 9/19/2016 | JLD | Various calls and emails with B. Malaier and with M. Drayton regarding closing issues. | 0.60 | 297.00 |
| 9/20/2016 | JLD | Emails with B. Malaier regarding preliminary closing statement (.2); Emails with M. Drayton regarding payoff of real property taxes and WKG fees (.3); Email to Roger | 1.30 | 643.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | regarding same (.1);  Review lender's fee statement (.1); Call with J. Young regarding same (.3); Emails with B. Malaier regarding same (.3) |  |  |
| 9/22/2016 | JLD | Call with B. Malaier regarding WKG attorney fees on financing (.2); Conference with K. L. Samiljan regarding same (.2); Conference call with WKG attorneys regarding fees (.3); Call with client regarding same (.2); Emails with client regarding same (.2). | 1.10 | 544.50 |
|  | JLD | Arrange for delivery of executed loan documents (.2); Correspondence to M Drayton regarding same (.1) | 0.30 | 148.50 |
| 9/23/2016 | KLS | Review emails re settlement statement and status of closing. | 0.30 | 117.00 |
| 9/26/2016 | KLS | Emails re closing. | 0.30 | 117.00 |
|  | JLD | Emails with M. Drayton and B. Malaier regarding status of closing of financing transaction. | 0.30 | 148.50 |
| 9/27/2016 | KLS | Reviewing emails re closing. | 0.30 | 117.00 |
|  | JLD | Emails with lender's counsel, B. Malaier, G. Danklefsen and Roger regarding delay in funding (.8); Numerous calls with G. Danklefsen, M. Northrup, B. Malaier (.9). | 1.70 | 841.50 |
| 10/3/2016 | KLS | Emails re closing. | 0.30 | 117.00 |
|  | JLD | Various calls and emails to lender's counsel regarding closing; Emails with M. Northrup and B. Malaier regarding same. | 0.60 | 297.00 |
| 10/5/2016 | KLS | Emails re closing. | 0.30 | 117.00 |
|  | JLD | Numerous emails regarding closing | 0.60 | 297.00 |

|            |     |                                                                                                                      | Hours | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 10/14/2016 | KLS | Join conference call re marketing of property and refinancing and follow up conference with J. L. Day re same.        | 0.70  | 273.00    |
| 10/18/2016 | KLS | Review spreadsheet and conference with J. L. Day re same (.4); Conference call re offer (.6); Follow up call/email re same (.3) | 1.30  | 507.00    |
| 10/19/2016 | KLS | Review fax from R. Sahlin and conference calls re same.                                                               | 1.40  | 546.00    |
| 10/25/2016 | KLS | Review emails re proposal and counters and conference with J. L. Day re same.  .                                      | 0.70  | 273.00    |
| 10/27/2016 | KLS | Review numerous emails re sale and counter offer.                                                                    | 0.90  | 351.00    |
| 11/3/2016  | KLS | Reviewing emails re buyer and counters.                                                                              | 0.30  | 117.00    |

SUBTOTAL:                                                   [     81.20    39,480.00]

GENERAL ADMINISTRATION

|           |     |                                                                                                                                                | Hours | Amount |
|-----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 7/20/2016 | KLS | Emails to and from J. L. Day, P. Sutton and R. Sahlin re quarterly fees (.4); Telephone call with B. Malaier (.1).                              | 0.50  | 195.00 |
| 8/30/2016 | KLS | Working on monthly reports.                                                                                                                     | 0.40  | 156.00 |
| 9/6/2016  | KLS | Conference with J. L. Day (.1); Review docket and emails re events in bankruptcy case, and working on monthly reports (1.8).                    | 1.90  | 741.00 |
| 9/13/2016 | KLS | Emails re August reports and review/edit/finalize same.                                                                                         | 0.90  | 351.00 |
| 9/19/2016 | KLS | Emails to and from P. Sutton, and D. Johnson (.3); Conferences with J. L. Day re closing and with V. Braxton re invoices (.2).                  | 0.50  | 195.00 |
| 11/11/2016| KLS | Reviewing emails from R. Sahlin, J. L. Day and B. Malaier.                                                                                      | 0.20  | 78.00  |

| | | Hours | Amount |
|---|---|---|---|
| 12/15/2016 KLS | Working on monthly reports. | 0.90 | 351.00 |
| 1/12/2017 KLS | Review and edit monthly U.S. Trustee reports. | 0.40 | 156.00 |
| 2/14/2017 KLS | Edit report to address latest case developments. | 0.20 | 78.00 |
| 3/15/2017 KLS | Conference with P. Sutton and telephone call with R. Sahlin re monthly reports and reviewing same. | 0.50 | 195.00 |
| 3/17/2017 KLS | Emails and telephone call with R. Sahlin re U.S. Trustee quarterly fees. | 0.50 | 195.00 |
| 3/20/2017 KLS | Emails to and from P. Sutton re U.S. Trustee fees and reviewing same (.5); Telephone call with R. Sahlin. | 0.60 | 234.00 |
| 3/21/2017 KLS | Telephone call from R. Sahlin (.1); Continue reviewing monthly reports and responding to emails re same and re quarterly fees. | 1.10 | 429.00 |
| 3/22/2017 KLS | Emails re quarterly fees and reviewing past quarterly disbursements and reports. | 0.80 | 312.00 |
| 3/23/2017 KLS | Review and respond to emails regarding quarterly fees and voicemails re same. | 0.50 | 195.00 |
| 4/3/2017 KLS | Telephone call with R. Sahlin re quarterly fees and send fax re same to R. Sahlin. | 0.20 | 78.00 |
| 4/6/2017 KLS | Reviewing and responding to emails re client request for information. | 0.40 | 156.00 |
| 4/14/2017 KLS | Review and finalize monthly reports and reviewing emails re status of case. | 0.40 | 156.00 |
| SUBTOTAL: | | [    10.90 | 4,251.00] |

|  | | | Hours | Amount |
|---|---|---|---|---|
| **RELIEF FROM STAY** | | | | |
| 7/18/2016 JLD | Various correspondence and call to M. Bohannon regarding extension of time to file response to motion for relief from stay (.4); Emails to creditors' counsel regarding same (.2) | | 0.60 | 297.00 |
| 7/19/2016 JLD | Emails with W. Schwandt regarding response to relief from stay motion | | 0.20 | 99.00 |
| | SUBTOTAL: | [ | 0.80 | 396.00] |
| **SALES OF ASSETS** | | | | |
| 7/20/2016 JLD | Telephone conference with D. Johnson regarding status and expense reimbursement (.3) | | 0.30 | 148.50 |
| 7/23/2016 JLD | Read email from G. Danklefsen and proposed marketing terms (.2); Correspondence to client regarding same (.1) | | 0.30 | 148.50 |
| 7/25/2016 JLD | Call with Roger regarding terms of proposed marketing agreement (.3); Emails with B. Malaier and G. Danklefsen regarding same (.2). | | 0.50 | 247.50 |
| 7/27/2016 JLD | Call with Roger regarding marketing provisions going forward (.3); Correspondence to Roger regarding broker's suggested terms (.2); Email to M. Bohannon regarding continuance of hearing (.1) | | 0.60 | 297.00 |
| 7/28/2016 JLD | Call with Roger regarding marketing issues (.4); Email to Roger to confirm terms (.1); Call with M. Bohannon regarding continuance of bank's motion for relief from stay (.2); Various correspondence with counsel and to client regarding same (.4) | | 1.10 | 544.50 |
| 7/29/2016 JLD | Telephone conference with M. Marschall regarding marketing. | | 0.30 | 148.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/4/2016 | JLD | Review draft Listing Agreement received from broker (.3); Emails with client and with broker's assistant regarding same (.2); Working on edits to listing agreement (1.8); Email to client and to B. Malaier regarding same (.1). | 2.40 | 1,188.00 |
| 8/8/2016 | JLD | Call with G. Danklefsen regarding status (.3); Various emails with group to coordinate conference call to discuss marketing property going forward (.3). | 0.60 | 297.00 |
| 8/9/2016 | KLS | Conference call re marketing and follow up call with B. Malaier. | 1.10 | 429.00 |
|  | JLD | Final edits to listing agreement (.4); Emails to G. Danklefsen and S. Quinn regarding same (.2); Conference call with marketing team and W. Schwandt and B. Tull regarding marketing issues, follow up call with B. Malaier regarding same (1.1); Second call from B. Tull (.2); Call from D. Johnson regarding payment of marketing expenses (.2); Conference with K. L. Samiljan regarding same (.1). | 2.20 | 1,089.00 |
| 8/10/2016 | JLD | Review revisions to Listing Agreement (.2); Emails with client and G. Danklefsen regarding same (.2) | 0.40 | 198.00 |
| 8/11/2016 | KLS | Review correspondence/emails re property and financing. | 0.40 | 156.00 |
| 8/18/2016 | JLD | Call with G. Danklefsen and M. Marschall regarding marketing issues (.4); Finalize form of listing agreement, email to brokers regarding same (.3). | 0.70 | 346.50 |
| 8/19/2016 | JLD | Read two emails from D. Danklefsen regarding listing agreement and marketing budget (.2); Emails to client regarding same (.1); Call with R. Sahlin regarding marketing issues (.6). | 0.90 | 445.50 |
| 8/20/2016 | JLD | Call with Roger regarding Listing Agreement issues (.4); Conference call with brokers, Roger and B. Malaier (.6); Follow up call with Roger and B. Malaier (.4); Working on further edits to Listing Agreement (.4); Call with M. | 2.20 | 1,089.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | Marschall regarding same (.2); Email to brokers regarding changes (.1); Fax to Roger (.1). | | |
| 8/22/2016 | JLD | Call with Roger regarding final form of Listing Agreement (.2); Emails to Roger and to G. Danklefsen regarding same (.2). | 0.40 | 198.00 |
| 10/5/2016 | JLD | Correspondence to G. Danklefsen to schedule call for marketing update. | 0.10 | 49.50 |
| 10/12/2016 | JLD | Emails with G. Danklefsen and B. Malaier regarding payoff amount for secured debt | 0.30 | 148.50 |
| 10/14/2016 | JLD | Review in detail Bartlett offer, numerous calls with Gary, Roger, and Bill regarding same (2.4); Prepare terms of proposed counter, email to Roger regarding same (.7) | 3.10 | 1,534.50 |
| 10/17/2016 | KLS | Review emails re offer and conference call with J. L. Day, R. Sahlin and B. Malaier re same; Follow up conference with J. L. Day re same. . | 0.90 | 351.00 |
| | JLD | Conference call with Roger, B. Malaier and K. L. Samiljan regarding response to purchase offer; Post-call conference with K. L. Samiljan regarding same. | 0.80 | 396.00 |
| 10/18/2016 | JLD | Read email from G. Danklefsen and review pro forma spreadsheet (.3); Analysis of possible sale values using different inputs (.6); Call with W. Schwandt (.3) Conference call with G. Danklefsen, B. Malaier, K. L. Samiljan and Roger (.7) | 1.90 | 940.50 |
| 10/19/2016 | JLD | Numerous calls and emails with Roger and B. Malaier regarding possible terms of counter to purchase offer. | 1.20 | 594.00 |
| 10/24/2016 | JLD | Review in detail emails form Wayne and spreadsheet as to possible future development of property (.3); Emails with G. Danklefsen regarding same (.2) | 0.50 | 247.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/24/2016 KLS | Review buyer's pro forma and emails re same. | | 0.50 | 195.00 |
| 10/25/2016 JLD | Review proposed counteroffer received from G. Danklefsen (.1); Email to group regarding same (.1); Email to Roger regarding same (.1); Call with Roger and Bill regarding counter (.6); Follow up call with Bill (.1); Correspondence to G. Danklefsen (.1) | | 1.10 | 544.50 |
| 10/26/2016 JLD | Read email from W. Schwandt and review pro forma regarding value of potential buildout (.3); Emails with W. Schwandt regarding same (.2); Conference call with Roger, Wayne and Bill regarding counter (.8); Follow up call with Bill (.1); Correspondence to Roger regarding proposed response (.2); Call with Gary regarding possible counter (.2) | | 1.80 | 891.00 |
| 10/27/2016 JLD | Correspondence to Roger regarding counter | | 0.20 | 99.00 |
| 10/28/2016 JLD | Read various emails from Roger regarding counter (.2); Call with Bill regarding same (.1); Prepare proposed counter and circulate (.2) | | 0.50 | 247.50 |
| 10/31/2016 JLD | Emails with G. Danklefsen regarding timing of a motion for approval of a sale | | 0.20 | 99.00 |
| 11/1/2016 JLD | Emails with G. Danklefsen and B. Malaier regarding terms of possible counter. | | 0.40 | 198.00 |
| 11/2/2016 KLS | Telephone calls re proposal and counter proposals and emails re same. | | 1.10 | 429.00 |
| JLD | Various emails with G. Danklefsen regarding possible counter; Conference call with group regarding same. | | 1.40 | 693.00 |
| 11/3/2016 JLD | Various emails with group regarding counter and buyer's response. | | 0.60 | 297.00 |
| 11/9/2016 JLD | Working on comprehensive edits to draft Purchase and Sale Agreement (3.4); Email to group regarding same (.1); Emails with B. Malaier regarding additional | | 4.60 | 2,277.00 |

|  |  | Hours | Amount |
|---|---|---|---|

|  |  | language (.2); Prepare revised draft and circulate (.7); Emails with Roger regarding review (.2) |  |  |
|---|---|---|---|---|
| 11/10/2016 | JLD | Calls with Roger and with B. Malaier regarding draft Purchase and Sale Agreement (.8); Call with Gary regarding same (.2); Further edits to draft Purchase and Sale Agreement (1.2); Correspondence to group regarding same (.1) | 2.30 | 1,138.50 |
| 11/14/2016 | JLD | Review Wayne's comments to draft Purchase and Sale Agreement (.3); Correspondence to B. Malaier regarding same (.1) | 0.40 | 198.00 |
| 11/15/2016 | JLD | Review Wayne's edits to Purchase and Sale Agreement (.2); Various emails with group regarding same (.2) | 0.40 | 198.00 |
| 11/16/2016 | JLD | Extended telephone conference with buyer's counsel regarding draft Purchase and Sale Agreement (.8); Correspondence to group regarding same (.4) | 1.20 | 594.00 |
| 11/22/2016 | JLD | Various emails with buyer's counsel and client group regarding revisions to Purchase and Sale Agreement (.7); Email from counsel with redlined agreement (.1); Begin reviewing revisions (.6) | 1.40 | 693.00 |
| 11/23/2016 | KLS | Conference call with buyer, attorneys, brokers and client. | 1.10 | 429.00 |
|  | JLD | Review in detail revised Purchase and Sale Agreement from buyer's counsel (.8); Conference call with buyer group, brokers and client group to resolve outstanding issues (1.1) | 1.90 | 940.50 |
| 11/28/2016 | JLD | Read proposed language regarding partial reconveyances for Deed of Trust securing seller financing (.1); Correspondence to counsel regarding same (.1); Begin working on motion for approval of sale (2.6) | 2.80 | 1,386.00 |
| 11/29/2016 | JLD | Working on motion for approval of sale (1.9); Various emails with B. Malaier regarding form of Purchase and Sale Agreement and regarding notice issues (.2); Read in | 3.60 | 1,782.00 |

|  |  | Hours | Amount |
|---|---|---|---|
|  | detail and edit revised draft of Purchase and Sale Agreement (.8); Call with B. Malaier regarding same (.3); Correspondence to group regarding same and to schedule call (.2); Emails with Roger (.2) |  |  |
| 11/30/2016 JLD | Conference call with buyer group regarding draft Purchase and Sale Agreement (.6); Follow up call with debtor team regarding same (.4); Working on further edits to Purchase and Sale Agreement and seller financing note (2.4); Emails with S. Shropshire regarding same (.2); Emails to W. Malaier regarding redlined note (.2); Working on motion for approval of sale (1.4) | 5.20 | 2,574.00 |
| 12/1/2016 JLD | Working on various revisions to forms of seller financing note and deed of trust (1.6); Numerous calls and emails with S. Shropshire, B. Malaier and Roger regarding same (.1.2); Read email from Roger regarding additional terms, call with Roger and Bill regarding same (.4); Read agency and fee responsibility forms received from S. Shropshire (.2); Calls with Bill and with Roger regarding same (.3) Read status report from buyer (.1); Call with Roger regarding same (.4); Emails with Roger and Wayne regarding same (.2); Working on motion for approval of sale (1.4) | 5.80 | 2,871.00 |
| 12/2/2016 JLD | Conference call with Roger and Wayne regarding current status of buyer's proposed development (.5); Draft response and circulate (.2); Correspondence to buyer and counsel (.2); Call with S. Shropshire (.3) | 1.20 | 594.00 |
| 12/5/2016 JLD | Extended telephone conference with buyer's group regarding BLA application (1.1); Follow up call with Roger, Wayne and Bill regarding same (.4); Various emails with Buyer's counsel (.4); Working on motion for approval of sale (.6); Prepare draft motion and order shortening time (.6); Email to G. Danklefsen regarding payoff of Copper Leaf notes (.1). | 4.20 | 2,079.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/7/2016 | JLD | Working on motion for approval of sale and supporting declaration (2.8); Emails with W. Malaier and G. Danklefsen regarding same (.3) | 3.10 | 1,534.50 |
| 12/13/2016 | JLD | Various emails with S. Shropshire and client regarding buyer's work to be performed. | 0.20 | 99.00 |
| 12/21/2016 | KLS | Emails to and from W. Malaier re sale hearing. | 0.20 | 78.00 |
|  | JLD | Working on draft order approving sale. | 1.60 | 792.00 |
| 12/22/2016 | JLD | Prepare proposed order approving sale (1.2); Correspondence to client group regarding same (.1) | 1.30 | 643.50 |
| 12/23/2016 | JLD | Receive order approving sale; Correspondence to group regarding same. | 0.10 | 49.50 |
| 1/19/2017 | JLD | Call with Roger and Wayne regarding title issues | 0.50 | 247.50 |
| 1/23/2017 | JLD | Call with G. Danklefsen regarding closing issues | 0.40 | 198.00 |
| 1/24/2017 | JLD | Review restrictive covenants against property (.4); Analysis of possible alternatives (.4); Call with B. Malaier regarding same (.2); Working on motion to authorize service by publication (.8); Call with S. Shropshire regarding same (.3); Email to E. Cuello of Chicago Title regarding 1949 encumbrances (.2); Call with B. Malaier regarding same (.2) | 2.50 | 1,237.50 |
| 1/25/2017 | KLS | Telephone call with J. L. Day and W. Schwandt (.1); Conference with J. L. Day re property issues (.1). | 0.20 | 78.00 |
|  | JLD | Working on motion to authorize service by publication (1.7); Call with Roger regarding restrictive deeds (.3); Correspondence to W. Schwandt regarding possible declaration supporting motion (.2); Emails with title company reps to schedule call (.2); Multiple calls with Roger and Wayne regarding title issues (.9); Conference call with B. Malaier and title company reps regarding 1949 deeds (.6); Prepare draft notice for publication and | 5.70 | 2,821.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | circulate (.6); Internet research on Larrabee Real Estate Company (1.2) |  |  |
| 1/26/2017 | JLD | Reviewing archive material regarding Larrabee Real Estate Company (.6); Call with buyer and counsel regarding title exceptions (.4); Working on motion regarding notice by publication (.9); Read cases regarding unreasonable restraints on alienation (.4); Review email from W. Schwandt regarding due diligence efforts (.2); Correspondence to W. Schwandt regarding same (.1); Prepare declaration (.8); Prepare letter to S. Shropshire regarding activities of neighbor groups (.8); Two calls with W. Schwandt regarding due diligence on records of Larrabee Real Estate Company (.6); Review corporation history card and email from state archivist (.1) | 4.90 | 2,425.50 |
| 1/27/2017 | JLD | Emails with W. Schwandt regarding draft letter (.2); Call with Roger regarding same and regarding discussions with buyer (.2); Emails with to L. Doucette regarding title issues (.2); Email to Roger regarding need for substitute insurer (.1); Call with W. Schwandt regarding further due diligence and tile issues (.3); Working on edits to publication motion and supporting declaration (.7); Prepare notice of motion (.4); Conference with K. L. Samiljan regarding status (.1); Call to S. Shropshire (.1); Edits to Schwandt declaration (.2); Call with S. Shropshire (.2); Email to W. Schwandt and Roger (.1); Emails with G. Danklefsen regarding discussions with buyer (.1) | 2.90 | 1,435.50 |
|  | KLS | Review emails re title insurance and conference with J. L. Day re same. | 0.30 | 117.00 |
| 1/30/2017 | JLD | Working on pleadings regarding motion to provide notice by publication (.4); Emails with W. Schwandt regarding closing date for sale (.4); Review Purchase and Sale Agreement (.2). | 1.00 | 495.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/30/2017 | KLS | Review and respond to emails re costs paid during due diligence periods. | 0.20 | 78.00 |
| 1/31/2017 | JLD | Reading buyer's proposed draft documents assigning interest in Purchase and Sale Agreement (.4) Review applicable sections of Purchase and Sale Agreement (.2); Correspondence to Roger regarding same (.1) | 0.70 | 346.50 |
|  | KLS | Telephone call re costs paid, multiple emails re same, and reviewing pleadings and reports. | 1.10 | 429.00 |
| 2/1/2017 | KLS | Emails and telephone calls re purchase and sale agreement. | 0.80 | 312.00 |
| 2/7/2017 | JLD | Call with Roger regarding title issues (.2); Email and call with S. Shropshire regarding same (.2); Emails with C. Baldwin of Whatcom Title and with client regarding same (.3). | 0.70 | 346.50 |
| 2/8/2017 | JLD | Review spreadsheet regarding outstanding real property taxes, correspondence to B. Malaier regarding same (.2); Call with B. Walling at title company (.4) | 0.60 | 297.00 |
| 2/9/2017 | JLD | Call with B. Tull regarding status (.3); Two calls with B. Malaier regarding additional research (.4); Emails with B. Walling (.1); Call with Judge Dore's law clerk regarding pending motion on publication (.1) | 0.90 | 445.50 |
| 2/10/2017 | JLD | Various correspondence with B. Malaier regarding restrictive covenant (.3); Additional legal research regarding same (.3); Attend hearing on motion to authorize notice by publication (.7) | 1.30 | 643.50 |
| 2/14/2017 | JLD | Extended telephone conference with G. Danklefsen regarding status and title matters (.6); Call to B. Wallin regarding same (.1); Call with W. Schwandt regarding restrictions on adjoining properties (.3); Telephone conference with B. Wallin  (.2) | 1.20 | 594.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/15/2017 | JLD | Emails with S. Shropshire regarding form of transfer documents | 0.10 | 49.50 |
| 2/16/2017 | JLD | Emails with S. Shropshire regarding publication motion (.2); Call with W. Schwandt and B. Tull regarding title issues (.3); Email to B. Wallin regarding same (.1); Read email from B. Wallin declining to insure (.1); Emails to client and to S. Shropshire regarding same (.2) | 0.90 | 445.50 |
| 2/17/2017 | JLD | Emails with S. Shropshire regarding title issues and to schedule call (.2); Working on order granting motion authorizing notice by publication (.5) | 0.70 | 346.50 |
| | KLS | Review emails re title issues and related matters. | 0.20 | 78.00 |
| 2/18/2017 | JLD | Read email from B. Wallin (.1); Emails to B. Malaier, client and S. Shropshire regarding same (.3) | 0.40 | 198.00 |
| 2/21/2017 | KLS | Review emails re title issues. | 0.40 | 156.00 |
| 2/22/2017 | JLD | Review deed received from Roger (.2); Call with Roger and Wayne regarding title issues (.7); Meeting with Wayne and conference call with buyer's group regarding pending matters (1.3); Call with G. Danklefsen regarding same (.4) | 2.60 | 1,287.00 |
| 2/23/2017 | JLD | Emails with W. Schwandt, B. Malaier and G. Danklefsen. | 0.60 | 297.00 |
| 2/24/2017 | JLD | Emails with W. Schwandt regarding archive search for Larrabee descendants (.2); Email from Roger regarding points to discuss (.1); Conference call with Roger and B. Malaier regarding same (.3); Call with S. Buck regarding inquiries from other possible buyers (.3) | 0.90 | 445.50 |
| 2/27/2017 | JLD | Call with G. Danklefsen regarding responding to interested party and other marketing issues (.4) | 0.40 | 198.00 |
| 3/2/2017 | JLD | Call with W. Schwandt regarding tracing of Larrabee heirs (.3); Call with B. Malaier regarding same (.1) | 0.40 | 198.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/3/2017 | JLD | Emails with W. Schwandt regarding communications with archivist regarding Larrabee heirs (.2); Call with Roger regarding status (.2); Review Asset Purchase Agreement regarding discount for title issues (.2); Correspondence to B. Malaier regarding same (.1) | 0.70 | 346.50 |
| 3/6/2017 | JLD | Emails with Wayne and with B. Malaier regarding contact from Larrabee heir (.2); Call with Wayne (.4) | 0.60 | 297.00 |
| 3/7/2017 | JLD | Emails with W. Schwandt and B. Malaier regarding response from Larrabee heir | 0.20 | 99.00 |
| 3/9/2017 | JLD | Call with W. Schwandt regarding contact from counsel for Larrabee heir (.2); Attend meeting with buyer's group (3.3) | 3.50 | 1,732.50 |
| | KLS | Conference with J. L. Day about meeting with buyer. | 0.20 | 78.00 |
| 3/11/2017 | JLD | Read various emails regarding interest by other party; Email to R. Bishop regarding same. | 0.40 | 198.00 |
| 3/13/2017 | JLD | Call with G. Danklefsen regarding interest from other buyer (.3); Email to R. Bishop with existing Purchase and Sale Agreement (.1); Call with P. Moye regarding restrictive covenants (.2); Correspondence to group regarding same (.2); | 0.80 | 396.00 |
| | KLS | Review and respond to emails re covenants and re status of asset sale. | 0.30 | 117.00 |
| 3/15/2017 | JLD | Call with Wayne and Bob regarding status (.3); Various emails with P. Moye regarding restrictive deed (.3) | 0.60 | 297.00 |
| 3/16/2017 | JLD | Call and emails with G. Danklefsen regarding interest from competing buyer | 0.70 | 346.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/17/2017 | JLD | Extended telephone conference with W. Schwandt and B. Tull regarding status and alternatives (.8); Read status email from buyer (.1); Email to S. Shropshire regarding negotiations as to stipulated judgment (.1) | 1.00 | 495.00 |
| 3/20/2017 | JLD | Extended telephone conference with Roger regarding various issues related to pending sale (.6); Read various emails from G. Danklefsen regarding meeting with buyer and discussions with another buyer (.2); Emails with group to coordinate call (.1); Correspondence to G. Danklefsen regarding possible extension of due diligence period (.3); Review Purchase and Sale Agreement to determine coverage for buyer's proposed activities (.3); Correspondence to S. Shropshire regarding same (.4); Conference call with buyer's team, Roger, Wayne and Bill regarding meeting with county to work through stipulated order (.7); Follow up call with Bill (.2); Call with G. Danklefsen regarding meeting with buyer (.4) | 3.20 | 1,584.00 |
| | KLS | Review numerous emails re property sale and related matters. | 0.50 | 195.00 |
| 3/21/2017 | JLD | Two calls with G. Danklefsen regarding meeting with buyer and alternatives (.7); Review draft addendum to Purchase and Sale Agreement regarding road work (.2); Emails to S. Shropshire and B. Malaier regarding same (.1) | 1.00 | 495.00 |
| 3/23/2017 | JLD | Call with W. Schwandt regarding meeting with County (.5); Call to S. Shropshire (.1); Call with W. Schwandt, B. Tull and G. Danklefsen (.7); Email to client (.1); Call with Roger and Bill regarding strategy (.7) | 2.10 | 1,039.50 |
| 3/29/2017 | JLD | Call to S. Shropshire; Call with W. Schwandt and B. Tull. | 0.70 | 346.50 |
| 4/4/2017 | JLD | Call with G. Danklefsen regarding buyer's request for extension of due diligence. | 0.20 | 99.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/5/2017 | JLD | Call with Wayne and Bob regarding approaching deadlines (.2); Call to Gary regarding same (.1); Call to Roger (.1); Call with B. Malaier (.2); Call with Gary regarding deadline and possible bridge financing (.3) | 0.80 | 396.00 |
| 4/10/2017 | KLS | Reviewing emails re sale of governor's pt property.and telephone call with R. Sahlin. | 0.40 | 156.00 |
| | JLD | Read objection to removal of restrictive covenant (.4); Call from C. Dale regarding same (.2); Long email to client regarding discussions with buyer's counsel (.8); Numerous calls with S. Shropshire, G. Danklefsen and B. Malaier regarding sale issues (1.3); Read buyer's proposed addendum to extend feasibility period (.2); Various emails with S. Shropshire and with group regarding same (.8); Emails with W. Schwandt and B. Malaier regarding waiver issue as to restrictive covenant (.4). | 4.10 | 2,029.50 |
| 4/11/2017 | KLS | Telephone call re property sale and follow up conference with J. L. Day (.6); Telephone call re Larrabee parties and emails re same. | 0.90 | 351.00 |
| 4/13/2017 | JLD | Numerous calls with S. Quinn, B. Malaier, and Spokane counsel regarding restrictive easements (1.4); Call with Wayne regarding deed conveying adjacent property (.2); Call with Roger regarding Purchase and Sale Agreement and proposed addendum (.2) | 1.80 | 891.00 |
| 4/14/2017 | JLD | Working on correspondence to counsel for Larrabee heir (1.4); Emails with B. Malaier and W. Schwandt regarding same (.3). | 1.70 | 841.50 |
| 4/17/2017 | JLD | Email and call with Roger regarding newspaper report (.4); Three calls with Gary regarding issues related to sale and closing (.4); Emails with 7L. Garvin to schedule call to discuss restrictive covenant issues (.2); Emails and call with B. Malaier regarding same (.3); Emails with Wayne regarding promontory property (.2); Call to E. Cuello at Chicago Title (.1); Conference call with buyer | 2.60 | 1,287.00 |

| | | Hours | Amount |
|---|---|---|---|
| | and counsel regarding title and development issues (.5); Follow up call with B. Malaier (.2) | | |
| 4/18/2017 JLD | Call from W. Schwandt and B. Tull regarding various issues (.4); Follow up emails with B. Tull (.1); Read email from S. Shropshire and briefly review attachments (.3); Confirming email to S. Shropshire (.1); Conference call with Spokane counsel for Larrabee heirs and B. Malaier regarding restrictive covenants (.6); Follow up calls with B. Malaier and Roger (.3) | 1.80 | 891.00 |
| 4/19/2017 JLD | Emails and call with S. Shropshire regarding discussions with Larrabee heir counsel (.5); Conference call with W. Schwandt and B. Tull regarding draft development agreement, discussions with Larrabee heirs (.5); Emails with Roger and B. Malaier regarding Larrabee and buyer's draft development plan (.6) | 1.60 | 792.00 |
| | SUBTOTAL: | [ 139.50 | 67,918.50] |

SETTLEMENT/MEDIATION

| | | Hours | Amount |
|---|---|---|---|
| 8/16/2016 KLS | Emails re claim settlement. | 0.30 | 117.00 |
| | SUBTOTAL: | [ 0.30 | 117.00] |

For professional services rendered     $143,940.55
Additional charges:

| | | Price | |
|---|---|---|---|
| 7/29/2016 CKP | Messenger service for judges working copies | 12.00 | 12.00 |
| 7/31/2016 CKP | Postage (7/1/16- 7/31/16) (44 pieces) | 20.46 | 20.46 |

| | | | Price | Amount |
|---|---|---|---|---|
| 7/31/2016 | CKP | Photocopies (7/1/16-7/31/16) | 0.20 | 32.80 |
| 8/16/2016 | CKP | conference call on 7/13 | 17.78 | 17.78 |
| | CKP | conference call on 7/13 | 8.68 | 8.68 |
| | CKP | conference call on 8/2 | 37.80 | 37.80 |
| 8/31/2016 | CKP | Postage (8/1/16- 8/31/16) (86 pieces) | 41.93 | 41.93 |
| | CKP | Photocopies (8/1/16-8/31/16) | 0.20 | 50.20 |
| 9/26/2016 | CKP | Photocopies (9/1/16-9/26/16) | 0.20 | 11.00 |
| 10/13/2016 | CKP | Pacer Search Fees | 0.10 | 2.80 |
| 10/17/2016 | CKP | Conference call on 9/22 | 6.30 | 6.30 |
| 11/16/2016 | CKP | Conference call on 10/14 | 48.16 | 48.16 |
| | CKP | Conference call on 10/17 | 18.34 | 18.34 |
| | CKP | Conference call on 10/18 | 25.82 | 25.82 |
| | CKP | Conference call on 10/19 | 22.26 | 22.26 |
| | CKP | Conference call on 10/19 | 7.84 | 7.84 |
| | CKP | Conference call on 10/26 | 21.84 | 21.84 |
| | CKP | Conference call on 11/2 | 19.88 | 19.88 |
| 12/13/2016 | CKP | Messenger service to courthouse for Judges working copies | 12.00 | 12.00 |
| 12/20/2016 | CKP | Conference call on 11/23 | 47.88 | 47.88 |
| | CKP | Conference call on 11/30 | 31.92 | 31.92 |

| | | | Price | Amount |
|---|---|---|---|---|
| 12/20/2016 | CKP | Conference call on 11/30 | 10.78 | 10.78 |
| 12/29/2016 | CKP | Photocopies (12/1/16-12/31/16) | 0.20 | 31.80 |
| | CKP | Postage (12/1/16-12/31/16) (40 pieces) | 18.60 | 18.60 |
| 1/31/2017 | CKP | Photocopies (1/1/17-1/31/17) | 0.20 | 16.00 |
| | CKP | Postage (1/1/17-1/31/17) (40 pieces) | 18.40 | 18.40 |
| 2/28/2017 | CKP | Photocopies (2/1/17-2/28/17) | 0.20 | 20.40 |
| | CKP | Postage (2/1/17-2/28/17) (51 pieces) | 23.46 | 23.46 |
| 4/14/2017 | CKP | Conference call on 3/23 | 17.78 | 17.78 |
| | CKP | Conference call on 3/30 | 34.58 | 34.58 |

|  |  |
|---|---|
| Total costs | $689.49 |
| Total amount of this bill | $144,630.04 |
| Previous balance | $101,367.87 |
| 8/19/2016 Partial payment of allowed compensation per 8/19/16 order | ($40,000.00) |
| 10/6/2016 To be applied from trust | ($61,367.87) |
| Total payments and adjustments | ($101,367.87) |
| **Balance due** | **$144,630.04** |

|  |  |
|---|---|
| Previous balance of Client funds | $80,237.90 |
| 8/19/2016 Partial payment of allowed compensation per 8/19/16 order | ($40,000.00) |
| 9/20/2016 Wire to CBRE per court order | ($37,154.70) |
| 10/5/2016 Wire from Chicago Title Company of Washington. Check No. wire | $200,000.00 |
| 10/6/2016 IOLTA check no. 5048 to Ogden Murphy Wallace | ($97,051.04) |

GOVERNOR'S POINT
ENTITIES

| | Amount |
|---|---|
| 10/6/2016  To be applied from trust | ($61,367.87) |
| New balance of Client funds | $44,664.29 |