HONORABLE TIMOTHY W. DORE

**HEARING DATE:** **FRIDAY, SEPTEMBER 8, 2017**
**HEARING TIME:** **9:30 A.M.**
**LOCATION:** **COURTROOM 8106, SEATTLE**
**RESPONSE DUE:** **FRIDAY, SEPTEMBER 5, 2017**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>DANCING WATERS, LLC,<br><br>                              Debtor.<br>In re<br><br>GOVERNOR'S POINT DEVELOPMENT CO.,<br>                              Debtor.<br>In re<br><br>PLEASANT BAY PROPERTIES &<br>ASSOCIATES, LP,<br>                              Debtor.<br>In re<br><br>PLEASANT ROAD PARTNERS, LP,<br>                              Debtor.<br>In re<br><br>CARL ROGER SAHLIN,<br>                              Debtor. | Lead Case No. 15-13216<br><br>(Jointly Administered with<br>Case Nos. 15-13217;15-13218; 15-13219;<br>and 15-13220)<br><br><br>DEBTORS' MOTION FOR ORDER<br>APPROVING SALE OF REAL<br>PROPERTY |

Dancing Waters, LLC, Governor's Point Development Co., Pleasant Bay Properties &

Associates, LP, Pleasant Road Partners, LP (collectively, the "<u>Entity Debtors</u>"), and Carl Roger Sahlin

DEBTORS' MOTION FOR ORDER APPROVING SALE OF
REAL PROPERTY – Page 1

BUSH STROUT & KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

("Sahlin" and, collectively with the Entity Debtors, the "Debtors"), reorganized debtors in the above-captioned cases, move the Court for entry of an order approving the sale of the Debtors' real property located near Bellingham, Washington, as more particularly described below (the "Governor's Point Property" or the "Property") pursuant to §§ 363(b), (f) and (m) of the Bankruptcy Code and Bankruptcy Rule 6004. This motion (the "Motion") is based upon the files and records herein, and the accompanying Declaration of C. Roger Sahlin.

## I. BACKGROUND

### A. The Debtors and the Governor's Point Property

The Debtors filed their bankruptcy petitions on May 22, 2015 (the "Petition Date"). Each has retained control over its assets and (where applicable) continues to operate its business pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

Each of the Debtors owns undivided partial interests in the Governor's Point Property. The Governor's Point Property is a 125-acre undeveloped residential site located on the Washington coastline approximately six miles south of Bellingham. The Property has 9,500 feet of marine shoreline frontage on Chuckanut, Samish and Pleasant Bays in the Salish Sea. A map of the Governor's Point Property showing the Debtors' ownership interests and a legal description of the Property were previously submitted. *See* Doc 80.1, 80.2. Each of Entity Debtors is owned in varying percentages by debtor Sahlin or other members of the Sahlin family.

### B. Marketing and Prior Contract for Sale of Property

Prior to the Petition Date, the Debtors employed Cushman & Wakefield of San Diego, Inc. ("C&W San Diego") and Commerce Real Estate Solutions LLC ("CRES") to assist them with the marketing and sale of the Governor's Point Property. C&W San Diego and CRES marketed the Property nationally and internationally for a period of approximately nine months prior to the Petition

DEBTORS' MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY – Page 2

BUSH STROUT & KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2074 20141 bh18er09bm

Case 15-13216-TWD    Doc 375    Filed 08/24/17    Ent. 08/24/17 15:08:17    Pg. 2 of 9

Date, and continued to do so following the filing of these cases. Although a number of leads were developed and discussions were had with at least three interested buyers, the Debtors were unable to achieve a sale of the Property during the initial months of the case.

The Debtors then determined to proceed to an auction sale of the Property and engaged CBRE, Inc., to provide those services. The Property was further marketed in connection with the auction process. Unfortunately, at the bid deadline only one deposit from a bidder was received. Only the registered bidder appeared at the time set for the auction, who declined to submit a bid.

At about that same time, another interested party appeared at the auction location, Land Baron and Company. The Debtors' representatives then negotiated the terms of a purchase with Land Baron, which provided for a purchase price (including buyer's premium) of $9,720,000, a 30-day due diligence period and a 60-day closing, both measured commencing the date of entry of an order approving the sale. The sale was approved by order entered October 20, 2015. *See* Doc 104.

Land Baron was unable to consummate the purchase. The Debtors granted Land Baron multiple extensions of its closing deadline, eventually collecting $400,000 in non-refundable earnest money. However, despite these extensions Land Baron was unable to close its purchase, and its contract expired in early June 2016. By then, the Property had been off the market for eight months.

C. **Financing Transaction.**

As of the Petition Date, Heritage Bank ("Heritage") held first- and second-position deeds of trust against each of the parcels comprising the Property to secure two loans previously made to Sahlin totaling approximately $3.2 million as of the Petition Date. Two other creditors hold secured claims against the Debtors – Miller Nash Graham & Dunn LLP ("MNGD") filed a proof of claim in the amount of $256,653.52, *see* Claim No. 6, secured by a deed of trust encumbering one 20-acre parcel of the Property that is junior to the deeds of trust in favor of Heritage. TENMTR, LLC filed a

DEBTORS' MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY – Page 3

BUSH STROUT & KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2074 20141 bh18er09bm
Case 15-13216-TWD    Doc 375    Filed 08/24/17    Ent. 08/24/17 15:08:17    Pg. 3 of 9

proof of claim in the amount of $840,602.41, *see* Claim No. 5, that is secured by a deed of trust encumbering each of the parcels comprising the Property, junior to the deeds of trust held by Heritage and MNGD.

In July 2016, the Debtors entered into a financing transaction with Copper Leaf, LLC (the "Financing Transaction"). Pursuant to the Financing Transaction, Copper Leaf acquired Heritage's notes and deeds of trust, extended the maturity date fifteen months, and advanced additional funds to the Debtors to pay outstanding real property taxes and administrative expense claims. MNGD agreed to reduce its claim to $100,000, of which $50,000 was paid at the closing of the Financing Transaction, and TENMTR retained its deed of trust subordinate to Copper Leaf and MNGD. Amounts due under the Financing Transaction would be due on November 22, 2017. This Court approved the Financing Transaction by order entered August 22, 2016. *See* Doc 233.

**D.     Madrona Bay Sale.**

The Debtors and their professionals immediately resumed marketing the Property after the failure of the Land Baron transaction, and thereafter negotiated a sale of the Property (the "Madrona Bay Sale") to Madrona Bay Real Estate Investments, LLC ("Madrona Bay"). The Madrona Bay Sale provided for a purchase price of $8,300,000, of which $6,000,000 was to be paid at closing with the balance evidenced by a promissory note due in three years, and a 90-day due diligence and 150-day closing period (commencing on execution of the purchase and sale agreement), with the buyer having the right to extend both for an additional 60 days. This Court approved the Madrona Bay Sale by order entered December 23, 2016. *See* Doc. 264.

Unfortunately, the Madrona Bay Sale failed to close. By letter from its counsel dated May 16, 2017, Madrona Bay terminated the Madrona Bay Sale. The Debtors believe Madrona Bay's termination was wrongful, and have commenced an adversary proceeding seeking a declaratory

DEBTORS' MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY – Page 4

BUSH STROUT & KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2074 20141 bh18er09bm
Case 15-13216-TWD    Doc 375    Filed 08/24/17    Ent. 08/24/17 15:08:17    Pg. 4 of 9

judgment determining that the Debtors are entitled to the $200,000 earnest money that Madrona Bay earlier deposited. *See Dancing Waters, LLC, et al., v. Madrona Bay Real Estate Investment LLC,* Adv. No. 17-01100.

**E.    Gaines Sale.**

The Debtors and their professionals again resumed marketing the Property after the failure of the Madrona Bay Sale. In addition to the marketing efforts of C&W of San Diego and CRES, the Debtors engaged TEN-X to provide additional exposure for the Property.

The Debtors have now negotiated a sale of the Property (the "Sale") to the Don and Pam Gaines Family Trust ("Buyer") pursuant to the terms of a Real Estate Purchase and Sale Agreement (the "Gaines PSA"). An unsigned copy of the Gaines PSA is attached as Exhibit A to the Sahlin Declaration.[1] The material terms of the Sale are as follows:

- Purchase price: $6,800,000, all cash at closing.

- Earnest money: $1,000,000 cash, already in escrow, to be applied against purchase price.

- Due diligence; Closing: 30-day due diligence period commencing upon court approval of the Sale, closing five (5) business days following expiration or waiver of due diligence contingency.

The Debtors request that the Court approve the Sale.

---

[1] To expedite the filing of this Motion, an unsigned copy of the PSA has been submitted. The Debtors believe that the final executed PSA will be in this or in substantially the same form. A copy of the executed PSA will be filed when available, and the Debtors will identify any changes from the submitted form.

DEBTORS' MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY – Page 5

BUSH STROUT & KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2074 20141 bh18er09bm
Case 15-13216-TWD    Doc 375    Filed 08/24/17    Ent. 08/24/17 15:08:17    Pg. 5 of 9

## II. DISCUSSION

Section 363(b) of the Bankruptcy Code authorizes a debtor to sell its assets outside of the ordinary course of business. In this case, the Debtors' confirmed plan of liquidation anticipated and is in large part based upon a sale of the Property.

A debtor must show that each of the following elements has been met: (i) that a sound business reason exists for the proposed transaction; (ii) the sale has been proposed in good faith; (iii) the sale price is fair and reasonable; and (iv) that accurate and reasonable notice has been provided of the transaction.[2] The proposed Sale meets each of these four factors.

### A. Sound Business Reason.

The Debtors' confirmed plan anticipates this Sale. Although the plan was based upon the failed Madrona Bay sale transaction, the plan nevertheless was largely based upon the liquidation of the Property to pay creditors to the extent of its sale proceeds. That is what the Sale will do.

### B. Good Faith.

This is an arm's length transaction entered into after extensive third-party marketing. The buyer is unrelated to any of the Debtors.

### C. Fair and Reasonable Sale Price.

The Property has been extensively marketed. It was marketed for almost a year prior to bankruptcy, and was marketed for some months following the Petition Date during the summer of 2015. It was marketed further and through different channels in connection with the 2015 auction process. It was off the market during the time it was under contract to Land Baron, but was again

---

[2] In *Stephens Industries, Inc. v. McClung*, 789 F.2d 386 (6th Cir. 1986); *In re Lionel Corp.*, 722 F.2d 1063 (2nd Cir. 1983); *Bartel v. Bar Harbor Airways, Inc.*, 196 B.R. 268 (S.D.N.Y. 1996); *In re Equity Management Systems*, 149 B.R. 120 (Bankr.S.D.Iowa 1993); *In re Channel One Communications, Inc.*, 117 B.R. 493 (Bankr.E.D.Mo. 1990).
.

DEBTORS' MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY – Page 6

BUSH STROUT & KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2074 20141 bh18er09bm

Case 15-13216-TWD    Doc 375    Filed 08/24/17    Ent. 08/24/17 15:08:17    Pg. 6 of 9

marketed in the summer of 2016, eventually resulting in the proposed sale to Madrona Bay. It was off the market again for approximately six months while the Property was under contract to Madrona Bay.

DEBTORS' MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY – Page 7

Bush Strout & Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2074 20141 bh18er09bm
Case 15-13216-TWD    Doc 375    Filed 08/24/17    Ent. 08/24/17 15:08:17    Pg. 7 of 9

The Debtors aggressively marketed the Property after the Madrona Bay transaction failed. Because the financing with Copper Leaf matures in November 2017, the Debtors have a limited time in which to close a sale of the Property. Under the circumstances, the Debtors believe that the PSA reflects a market price for the Property.

The PSA provides for a total of $6.8 million to be paid at closing. That amount will be sufficient to pay all secured debt and accrued administrative expense claims, plus return additional funds for the estate to distribute under the Debtors' confirmed plan. The amount if that surplus cannot be determined at this time, because it is dependent upon the timing of the closing, and whether a prior sale by Sahlin of the "Shorewood" property also closes. If the Shorewood sale closes in advance of the closing of this Sale, Copper Leaf will receive a distribution of $250,000 and its payoff from the sale of the Property will be reduced by that same amount. The Debtors estimate that there may be $200,000 of surplus proceeds, and will update this figure prior to or in connection with the hearing on approval of the Sale.

### D. Notice.

The Debtors have requested that time be shortened to permit hearing of this matter on the Court's September 8, 2017 calendar. However, there have been few matters to which creditors have objected, or even responded, and the Debtors do not believe creditors will object to the Sale. Time is of the essence, as the Copper Leaf financing matures on November 22, 2017. Under the circumstances, the Debtors believe that notice of this Motion is reasonable and appropriate.

DEBTORS' MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY – Page 8

BUSH STROUT & KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2074 20141 bh18er09bm

Case 15-13216-TWD    Doc 375    Filed 08/24/17    Ent. 08/24/17 15:08:17    Pg. 8 of 9

**CONCLUSION**

Based on the foregoing, the Debtors respectfully request that this Court enter an order approving the Sale pursuant to the terms of the PSA.

DATED this 24th day of August, 2017.

| OGDEN MURPHY WALLACE, PLLC | BUSH STROUT & KORNFELD LLP |
|---|---|
| By /s/ *William F. Malaier, Jr.* <br>   William F. Malaier, Jr., WSBA# 34152 <br> Of Attorneys for Carl Roger Sahlin | By    /s/ *James L. Day* <br>   James L. Day, WSBA #20474 <br> Attorneys for Dancing Waters, LLC; Governor's Point Development Co., Pleasant Bay Properties & Associates, LP, Pleasant Road Partners, LP |

DEBTORS' MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY – Page 9

BUSH STROUT & KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2074 20141 bh18er09bm

Case 15-13216-TWD    Doc 375    Filed 08/24/17    Ent. 08/24/17 15:08:17    Pg. 9 of 9